**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Leonard S. Joy and Engine Supply Manufacturing, LLC, )<br>)<br>  Plaintiffs, )<br>)<br>vs. )<br>)<br>North America ATK )<br>aka VEGE USA, )<br>)<br>  Defendant. )<br>_____) | No. CIV 04-2564 PHX RCB<br><br>O R D E R |

On June 3, 2005, Defendant North America ATK filed a motion to dismiss Plaintiffs' amended complaint. Mot. (doc. # 32). At Defendant's request pursuant to Local Rule of Civil Procedure 7.2(f), hearing was set for Monday, October 24, 2005 at 11:00 a.m. Order (doc. # 47). Upon advisement of the parties that the parties have settled this matter (doc. #48), the Court now vacates that hearing. Therefore,

IT IS ORDERED that oral argument on Defendant North America ATK's Motion to Dismiss Plaintiffs' Amended Complaint (doc. # 32) for Monday, October 24, 2005 at 11:00 a.m. is hereby VACATED.

1   IT IS FURTHER ORDERED setting the matter for a status hearing on
2  Monday, November 28, 2005, at 2:00 p.m. in Courtroom No. 606, 401
3  West Washington, Phoenix, Arizona.
4       DATED this 24th day of October, 2005.

_____
Robert C. Broomfield
Senior United States District Judge

Copies to counsel of record

- 2 -